UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 14-17244 |
| | : | | |
| Robert B. McCallister and Christine P. McCallister | : | Adv. No.: | _____ |
| | : | | |
| | : | Judge: | Michael B. Kaplan |
| Debtor (s), | : | | |
| _____ | : | Chapter: | 13 |

## NOTICE OF SCHEDULED HEARING

You are hereby notified of a hearing before the Honorable _____Michael B Kaplan_____, United States Bankruptcy Judge.

**Reason for Hearing:**   OBJECTION TO: Certification of Default

**Location of Hearing:**   Courtroom No.  8
US Bankruptcy Court
402 East State Street
Trenton, NJ  08608

**Date and Time:**   January 10 , 2017 at 9:00 am,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ✓  ARE REQUIRED        \_\_\_\_\_ ARE NOT REQUIRED

DATED:    December 19, 2016            JAMES J. WALDRON, Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on December 19, 2016 the foregoing notice was served on the following:   Debtor 's, Debtors' Attorney, Attorney for Creditor and Trustee.

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*