UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 14-17244 |
| | : | | |
| Robert B. McCallister and Christine P. McCallister | : | Adv. No.: | _____ |
| | : | | |
| | : | Judge: | Michael B. Kaplan |
| Debtor (s), | : | | |
| _____ | : | Chapter: | 13 |

## NOTICE OF SCHEDULED HEARING

You are hereby notified of a hearing before the Honorable _____Michael B Kaplan_____, United States Bankruptcy Judge.

**Reason for Hearing:**   OBJECTION TO: Certification of Default

**Location of Hearing:**   Courtroom No. __8__
 US Bankruptcy Court
 402 East State Street
 Trenton, NJ  08608

**Date and Time:**   January 10 , 2017 at 9:00 am,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ✓ **ARE REQUIRED**   _____ **ARE NOT REQUIRED**

DATED:   December 19, 2016          JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on December 19, 2016 the foregoing notice was served on the following:  Debtor's, Debtors' Attorney, Attorney for Creditor and Trustee.

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Robert B. McCallister  
Christine P. McCallister  
    Debtors

Case No. 14-17244-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 19, 2016  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2016.
db/jdb     +Robert B. McCallister,  Christine P. McCallister,  103 Cayuga Lake Drive,  Little Egg Harbor, NJ 08087-1219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2016 at the address(es) listed below:
     Albert  Russo   docs@russotrustee.com
     Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
     Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
     Andrew L. Spivack   on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac), a corporation organized and existing under the laws of the United States of America nj.bkecf@fedphe.com
     Christopher J. Kern   on behalf of Debtor Robert B. McCallister cjkernlaw@comcast.net
     Christopher J. Kern   on behalf of Joint Debtor Christine P. McCallister cjkernlaw@comcast.net
     Denise E. Carlon   on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac), a corporation organized and existing under the laws of the United States of America bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
     John R. Morton, Jr.   on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
     Karen B. Olson   on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT kbo@kkelaw.com, nmm@kkelaw.com

                          TOTAL: 9