IT IS FURTHER ORDER that

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 2004-2(c)** |
| CHRISTOPHER J. KERN, ESQUIRE |
| 525 Route 73 North |
| Building #5, Suite 104 |
| Marlton, NJ 08053 |
| Telephone No. (856) 751-4771 |
| Attorney for Debtor(s) |
| By:  Christopher J. Kern, Esquire (CJK-5314) |

In Re:

Christine P. McCallister

          Debtor

Case No.:  14-17244 (MBK)

Chapter 13

Hearing Date:

Judge:  RTL

Order Filed on December 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## AMENDED ORDER TO EMPLOYER TO PAY THE TRUSTEE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

DATED: December 29, 2016

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In Re:  Christine P. McCallister
Case No.:  14-17244 (MBK)
Caption of Order:  Order to Employer to Pay the Trustee

The above-named debtor has filed a proceeding under chapter 13 of the title 11 of the United States Code.  The debtor's future earnings have been submitted to the jurisdiction of this Court, in furtherance of the debtor's Chapter 13 plan.

NOW, THEREFORE, Pursuant to 11 U.S.C. §1325(C) and §105, IT IS ORDERED that, until further order of this Court, the employer or other party providing income to said debtor shall deduct from the earnings or income of said debtor the following sums each pay period, beginning on the next pay day following receipt of this order, and shall deduct the same amount for each pa period thereafter, including any period for which the debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits, arising out of present or past employment of the debtor and to forthwith remit the sum so deducted to the Chapter 13 Standing Trustee and/or Debtor's mortgagee.

Debtor's Employer and Address:

Resorts
Attn: Payroll Dept.
1133 Boardwalk
Atlantic City, NJ 08401

Trustee to Whom Payments
Must be Forwarded

Albert Russo, Trustee
P.O. Box 933
Memphis, TN 38101

Amount to be Deducted and paid
Per Pay Period to Trustee
Monthly □  Bi-Weekly ■  Weekly □

$360.00 per bi-weekly pay

IT IS FURTHER ORDERED that the employer or other part making payments shall note the debtor's name and bankruptcy case number on the checks to the Trustee or Mortgagee.

IT IS FURTHER ORDERED that said employer or other party shall notify said trustee and mortgagee(s) if the earnings or income of said debtor are terminated, and the reasons for such termination.

IT IS FURTHER ORDERED that all earnings and wages of the debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any State or political subdivision, or by any insurance, pension or union dues agreement between employer and the debtor, or by the order of this court, shall be paid to the debtor in accordance with employer's usual payroll procedure.

In Re:  Christine P. McCallister
Case No.:  14-17244 (MBK)
Caption of Order:  Order to Employer to Pay the Trustee

no deduction for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court shall be made from the earnings of said debtor.

IT IS FURTHER ORDERED that an order dismissing the debtor's bankruptcy cash shall constitute a termination of the requirement to make payments under this order.

IT IS FURTHER ORDERED that this order supersedes previous orders, if any, made to subject employer or other party in this case.

IT IS FURTHER ORDERED that the attorney for the debtor shall serve copies of this order on the employer or other party, the trustee, and the mortgagee(s) within five days.

**IT IS A VIOLATION OF 15 U.S.C. §1674 AND N.J.S.A. 2A:170-90.4 FOR AN EMPLOYER TO DISCHARGE AN EMPLOYEE OR TAKE ANY OTHER DISCIPLINARY ACTION BECAUSE OF A WAGE GARNISHMENT.  AN EMPLOYER VIOLATING SAID STATUTES IS SUBJECT TO FINES AND IMPRISONMENT.**

Local Form 16; Revised May 23, 2002

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 14-17244-MBK
Robert B. McCallister                                           Chapter 13
Christine P. McCallister
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Dec 29, 2016
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2016.
db/jdb            +Robert B. McCallister,   Christine P. McCallister,   103 Cayuga Lake Drive,
                   Little Egg Harbor, NJ 08087-1219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2016 at the address(es) listed below:
         Albert  Russo   docs@russotrustee.com
         Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
         Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
         Andrew L. Spivack   on behalf of Creditor   Federal Home Loan Mortgage Corporation (Freddie Mac),
         a corporation organized and existing under the laws of the United States of America
         nj.bkecf@fedphe.com
         Christopher J. Kern   on behalf of Debtor Robert B. McCallister cjkernlaw@comcast.net
         Christopher J. Kern   on behalf of Joint Debtor Christine P. McCallister cjkernlaw@comcast.net
         Denise E. Carlon   on behalf of Creditor   Federal Home Loan Mortgage Corporation (Freddie Mac),
         a corporation organized and existing under the laws of the United States of America
         bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
         John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
         Financial mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
         Karen B. Olson   on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing business as
         Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT
         kbo@kkelaw.com,  nmm@kkelaw.com
                                                                                    TOTAL: 9