UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CHRISTOPHER J. KERN, ESQUIRE
525 Route 73 North
Building #5, Suite 104
Marlton, NJ 08053
856-751-4771
By:  Christopher J. Kern (CJK-5314)
Attorney for Debtor(s)

**Order Filed on January 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robert B. McCallister
Christine P. McCallister

| | |
|---|---|
| Case No.: | 14-17244 |
| Chapter: | 13 |
| Judge: | MBK |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 18, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Christopher J. Kern, Esquire _____ , the applicant, is allowed a fee of $ _____ 500.00 _____ for services rendered and expenses in the amount of $ _____ n/a _____ for a total of $ _____ 500.00 _____ .  The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ n/a _____ per month for _____ n/a _____ months to allow for payment of the above fee.

*rev.8/1/15*

2