UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CHRISTOPHER J. KERN, ESQUIRE
525 Route 73 North
Building #5, Suite 104
Marlton, NJ 08053
856-751-4771
By:  Christopher J. Kern (CJK-5314)
Attorney for Debtor(s)

**Order Filed on January 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robert B. McCallister
Christine P. McCallister

Case No.:          14-17244

Chapter:              13

Judge:              MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 18, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Christopher J. Kern, Esquire _____ , the applicant, is allowed a fee of $ _____ 500.00 _____ for services rendered and expenses in the amount of $ _____ n/a _____ for a total of $ _____ 500.00 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ n/a _____ per month for _____ n/a _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-17244-MBK
Robert B. McCallister                                                      Chapter 13
Christine P. McCallister
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 1              Date Rcvd: Jan 18, 2017
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2017.
db/jdb          +Robert B. McCallister,    Christine P. McCallister,    103 Cayuga Lake Drive,
                 Little Egg Harbor, NJ 08087-1219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2017 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew L. Spivack   on behalf of Creditor   Federal Home Loan Mortgage Corporation (Freddie Mac),
           a corporation organized and existing under the laws of the United States of America
           nj.bkecf@fedphe.com
          Christopher J. Kern   on behalf of Debtor Robert B. McCallister cjkernlaw@comcast.net
          Christopher J. Kern   on behalf of Joint Debtor Christine P. McCallister cjkernlaw@comcast.net
          Denise E. Carlon   on behalf of Creditor   Federal Home Loan Mortgage Corporation (Freddie Mac),
           a corporation organized and existing under the laws of the United States of America
           bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
          John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
           Financial mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Karen B. Olson   on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing business as
           Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT
           kbo@kkelaw.com,   nmm@kkelaw.com
                                                                                        TOTAL: 9