|  |
|---|
| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |

| Caption in Compliance with D.N.J. LBR 9004-1(b) |
|---|
| Albert Russo |
| CN 4853 |
| Trenton, NJ  08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

| In re:<br><br>Robert B. McCallister<br>Christine P. McCallister<br><br><br><br>Debtor(s) |
|---|

Order Filed on July 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-17244 / MBK

Hearing Date: 07/24/2018

Judge: Michael B. Kaplan

Chapter:  13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: July 27, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 1 of 2

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $30,294.43 paid to date

- Debtor(s) shall remit $1,512.00 per month to the Trustee for 9 months beginning 8/1/2018

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Robert B. McCallister  
Christine P. McCallister  
    Debtors

Case No. 14-17244-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jul 27, 2018  
                         Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.  
db/jdb       +Robert B. McCallister,   Christine P. McCallister,   103 Cayuga Lake Drive,  
            Little Egg Harbor, NJ 08087-1219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:

        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo    docs@russotrustee.com  
        Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Andrew L. Spivack    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac),  
         a corporation organized and existing under the laws of the United States of America  
         nj.bkecf@fedphe.com  
        Andrew Thomas Archer    on behalf of Debtor Robert B. McCallister aarcher@brennerlawoffice.com,  
         bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
        Andrew Thomas Archer    on behalf of Joint Debtor Christine P. McCallister  
         aarcher@brennerlawoffice.com,   bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
        Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac),  
         a corporation organized and existing under the laws of the United States of America  
         bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com  
        John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM  
         Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
        Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as  
         Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT  
         kbo@kkmllp.com,   nmm@kkmllp.com  
                                                                                                                             TOTAL: 9