Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 14−17244−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Robert B. McCallister                                 Christine P. McCallister
   103 Cayuga Lake Drive                             103 Cayuga Lake Drive
   Little Egg Harbor, NJ 08087                     Little Egg Harbor, NJ 08087

Social Security No.:
   xxx−xx−1371                                                xxx−xx−1059

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 28, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 30, 2019
JAN: slf

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-17244-MBK
Robert B. McCallister                                                     Chapter 13
Christine P. McCallister
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: May 30, 2019
                              Form ID: 148             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
```
db/jdb         +Robert B. McCallister,   Christine P. McCallister,   103 Cayuga Lake Drive,
                 Little Egg Harbor, NJ 08087-1219
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,   4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +Wilmington Savings Fund Society, FSB, doing busine,   Knuckles, Komosinski & Elliott, LLP,
                 565 Taxter Road, Suite 590,   Elmsford, NY 10523-2300
514736730      +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
514709404      +Attn: Gary Lewis, Esq.,   9 Alexandria Drive,   East Hanover, NJ 07936-2407
514709390      +Barron Emergency Phys,   POB 7418,   Philadelphia, PA 19101-7418
514709391      +Bill Me Later,   POB 105658,   Atlanta, GA 30348-5658
514709392      +Bucks County Office,   Attn: Allan Smith, Esq.,   1276 Veterans HHY, Ste E-1,
                 Bristol, PA 19007-2597
514709394      +Coastal Endoscopy,   175 Gunning River Road,   Bldg A, Unit 4,   Barnegat, NJ 08005-1436
514709395      +Coastal Gastroenterology,   525 Jack Martin Blvd,   Ste 300,   Brick, NJ 08724-7737
514709396       Family Medicine 1301 RT 73 West,   Ste 240,   Manahawkin, NJ 08050
514983699      +Federal Home Loan Mortgage Corporation (Freddie Ma,   c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,   Mountainside, NJ 07092-2315
514709398      +Homayouni, MD,   334 West Oakcrest Ave,   Northfield, NJ 08225-1716
514709399      +J.A. Cambrese,   200 Cummings Center,   Ste 173-D,   Beverly, MA 01915-6190
514709400      +QAR,   POB 239,   Gibbsboro, NJ 08026-0239
514709401      +S;ecialty Anesthesia,   55 Schanck Road,   Ste 8A,   Freehold, NJ 07728-2963
515796842     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,   Division of Taxation,   P.O. Box 245,
                 Trenton, NJ 08695-0245)
514772166      +TD BANK USA, N.A.,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514709403      +Wells Fargo,   Attn: Zucker Goldberg,   200 Sheffield St, Ste 101,   Mountainside, NJ 07092,
                 Wells Fargo 07092-2315
515747473      +Wilmington Savings Fund Society, FSB, doing busine,   Knuckles, Komosinski & Elliott, LLP,
                 565 Taxter Road, Suite 590,   Elmsford, New York 10523-2300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2019 23:34:23      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2019 23:34:19      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514732774       EDI: RESURGENT.COM May 31 2019 03:13:00      CACH, LLC,   PO Box 10587,
                 Greenville, SC 29603-0587
514709393      +EDI: CAPITALONE.COM May 31 2019 03:08:00      Capital One,   POB 71083,
                 Charlotte, NC 28272-1083
514784410       EDI: RECOVERYCORP.COM May 31 2019 03:13:00      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
514751066       EDI: RECOVERYCORP.COM May 31 2019 03:13:00      Capital Recovery V, LLC,
                 c/o of Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
514709397      +EDI: PHINAMERI.COM May 31 2019 03:08:00      GM Financial,   801 Chery Street,   Ste 3500,
                 Fort Worth, TX 76102-6854
515045810       EDI: IRS.COM May 31 2019 03:08:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
514971409       EDI: PRA.COM May 31 2019 03:13:00      Portfolio Recovery Associates, LLC,   c/o Capital One,
                 POB 41067,   Norfolk VA 23541
514986577       EDI: PRA.COM May 31 2019 03:13:00      Portfolio Recovery Associates, LLC,
                 c/o Citifinancial, Inc.,   POB 41067,   Norfolk, VA 23541
514709402      +EDI: WTRRNBANK.COM May 31 2019 03:08:00      Target,   POB 660170,   Dallas, TX 75266-0170
515000848      +EDI: WFFC.COM May 31 2019 03:13:00      Wells Fargo Bank, N.A.,   ATTN: Bankruptcy Dept.,
                 MAC# D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Federal Home Loan Mortgage Corporation (Freddie Ma
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2         Date Rcvd: May 30, 2019
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac),
           a corporation organized and existing under the laws of the United States of America
           nj.bkecf@fedphe.com
          Andrew Thomas Archer    on behalf of Joint Debtor Christine P. McCallister
           aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Andrew Thomas Archer    on behalf of Debtor Robert B. McCallister aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac),
           a corporation organized and existing under the laws of the United States of America
           bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
           Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT
           kbo@kkmllp.com
                                                                                              TOTAL: 9
```